■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDY CEPEDA, Appellant. [48 NYS3d 612]—Appeal by the defendant from an order of the Supreme Court, Queens County (Koenderman, J.), dated April 15, 2013, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's contention that he was entitled to a downward departure from a level three sex offender status based upon the aggregate of certain factors is unpreserved for appellate review (*see People v Figueroa*, 138 AD3d 708, 709

[2016]; *People v Rosales*, 133 AD3d 733, 733 [2015]; *People v Fernandez*, 91 AD3d 737, 738 [2012]). In any event, the defendant failed to demonstrate that there existed mitigating circumstances of a kind or to a degree not otherwise adequately taken into account by the guidelines that warranted a downward departure from his presumptive level three sex offender status (*see People v Gillotti*, 23 NY3d 841, 861 [2014]; *People v Sanchez*, 138 AD3d 946 [2016]; *People v Azeez*, 138 AD3d 945 [2016]). Accordingly, the Supreme Court properly designated the defendant a level three sex offender. Mastro, J.P., Leventhal, Barros and Brathwaite Nelson, JJ., concur.